# PAYMENT REQUEST

TO: ACCOUNTING

APPROVED BY: _[initials]_  SECRETARY: Martica  DATE: 6/12/15

CLIENT NAME: Regions Bank

FILE NAME: Elkins Constructors, Inc.

FILE NUMBER: 1302.606

PLEASE ISSUE CHECK FROM: ☐ GENERAL ACCT  ☐ TRUST ACCT  ☐ RETAINER  ☐ FIRM CREDIT CARD ACCOUNT

FOR: (1) $ 400.00   PAYABLE TO: Clerk US District Court

(2) $ _____   PAYABLE TO: _____

(3) $ _____   PAYABLE TO: _____

PURPOSE OF CHECK:

(1) Filing Fee / new suit   VOUCHER NO. 48215

(2) _____   VOUCHER NO. _____

(3) _____   VOUCHER NO. _____

COMMENTS: _____

National Attorney Solutions, Inc.
P.O. Box 144255
Coral Gables, FL 33114
Phone: (305) 300-2718
TAX ID 51-0531821

**INVOICE**

Invoice #FLA-2015002833
11/30/2015

V-48948
12/15

Frank Roza Esq.
Garbett, Stiphany, Allen & Roza, P.A.
80 Southwest 8 Street
Suite 3100
Miami, FL 33130

Your Contact: Martha A. Manganelly
**Case Number: MIDDLE 3:15-CV-710-J-39-MCR**

Plaintiff:
**REGIONS BANK**

Defendant:
**ELKINS CONSTRUCTION, INC.**

1302.60

Received: 10/26/2015   Served: 11/16/2015 11:15 am   INDIVIDUAL/PERSONAL
To be served on: Gordon W Steadman

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Summons | 1.00 | 55.00 | 55.00 |
| TOTAL CHARGED: | | | $55.00 |
| BALANCE DUE: | | | $55.00 |

ok

FSR

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

V-49261
2/16



| Bill To: | Frank Roza, Esq.<br>Regions Bank<br>c/o Garbett Stiphany Allen Roza<br>80 SW Eighth Street, Suite 3100<br>Miami, FL, 33130 | | Invoice #:<br>Invoice Date:<br>Balance Due: | CS2549008<br>2/11/2016<br>$1,142.05 |

| Case: | Regions Bank v. Elkins Constructors, Inc. |
|---|---|
| Job #: | 2213009 | Job Date: 1/26/2016 | Delivery: Normal |
| Billing Atty: | Frank Roza, Esq. |
| Location: | Jimerson & Cobb |
| | One Independent Drive | Suite 1400 | Jacksonville, FL 32202 |
| Sched Atty: | Frank J. Roza, Esq. | Garbett Allen & Roza, P.A. |

1302.606

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Barry Allred | Original with 1 Certified Transcript | Page | 210.00 | $3.85 | $808.50 |
| | Attendance Fee | Hour | 6.00 | $40.00 | $240.00 |
| | Exhibits | Per Page | 83.00 | $0.35 | $29.05 |
| | Litigation Package | 1 | 1.00 | $35.00 | $35.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,142.05 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,142.05 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

V-49377
4/16

**Bill To:** Frank Roza, Esq.
Regions Bank
c/o Garbett Stiphany Allen Roza
80 SW Eighth Street, Suite 3100
Miami, FL, 33130

| | |
|---|---|
| Invoice #: | CS2581356 |
| Invoice Date: | 3/21/2016 |
| Balance Due: | $1,059.45 |

| | |
|---|---|
| Case: | Regions Bank v. Elkins Constructors, Inc. |
| Job #: | 2237527 \| Job Date: 2/29/2016 \| Delivery: Normal |
| Billing Atty: | Frank Roza, Esq. |
| Location: | Hedquist & Associates Reporters |
| | 345 E Forsyth St. \| Jacksonville, FL 32202 |
| Sched Atty: | Frank J. Roza, Esq. \| Garbett Allen & Roza, P.A. |

1302.606

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| David W. Hamilton | Original with 1 Certified Transcript | Page | 72.00 | $3.85 | $277.20 |
| | Exhibits | Per Page | 52.00 | $0.35 | $18.20 |
| Gordon W. Steadman | Original with 1 Certified Transcript | Page | 67.00 | $3.85 | $257.95 |
| | Attendance Fee | Hour | 5.00 | $40.00 | $200.00 |
| | Exhibits | Per Page | 376.00 | $0.35 | $131.60 |
| | Litigation Package | 1 | 1.00 | $35.00 | $35.00 |
| | Conference Call | 1 | 2.00 | $55.00 | $110.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,059.45 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | ~~$0.00~~ |
| Balance Due: | $1,059.45 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

OK
FJR



**Veritext Corporate Services, Inc.**
290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040  Fax. 973-410-1313
Fed. Tax ID: 20-3457913

*V-49141*
*1/16*

*1302.606*

| | |
|---|---|
| Bill To: | Frank Roza, Esq.<br>Regions Bank<br>c/o Garbett Stiphany Allen Roza<br>80 SW Eighth Street, Suite 3100<br>Miami, FL, 33130 |

| | |
|---|---|
| Invoice #: | CS2502721 |
| Invoice Date: | 12/21/2015 |
| Balance Due: | $150.00 |

| | |
|---|---|
| Case: | Regions Bank v. Elkins Constructors, Inc. |
| Job #: | 2146177 \| Job Date: 12/15/2015 \| Delivery: Normal |
| Billing Atty: | Frank Roza, Esq. |
| Location: | Jimerson & Cobb<br>One Independent Drive \| Suite 1400 \| Jacksonville, FL 32202 |
| Sched Atty: | Frank J. Roza, Esq. \| Garbett Allen & Roza, P.A. |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Affidavit of Cancellation | Minimum Charge for Services Rendered | 1 | 1.00 | $150.00 | $150.00 |
| Notes: | | | | Invoice Total: | $150.00 |
| | | | | Payment: | $0.00 |
| | | | | Credit: | $0.00 |
| | | | | Interest: | $0.00 |
| | | | | Balance Due: | $150.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913


VERITEXT LEGAL SOLUTIONS

V-49141
1/14

1302.606

| | | | |
|---|---|---|---|
| **Bill To:** | Frank Roza, Esq.<br>Regions Bank<br>c/o Garbett Stiphany Allen Roza<br>80 SW Eighth Street, Suite 3100<br>Miami, FL, 33130 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS2502721<br>12/21/2015<br>$150.00 |

| | |
|---|---|
| **Case:** | Regions Bank v. Elkins Constructors, Inc. |
| **Job #:** | 2146177 \| Job Date: 12/15/2015 \| Delivery: Normal |
| **Billing Atty:** | Frank Roza, Esq. |
| **Location:** | Jimerson & Cobb |
| | One Independent Drive \| Suite 1400 \| Jacksonville, FL 32202 |
| **Sched Atty:** | Frank J. Roza, Esq. \| Garbett Allen & Roza, P.A. |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Affidavit of Cancellation | Minimum Charge for Services Rendered | 1 | 1.00 | $150.00 | $150.00 |
| **Notes:** | | | **Invoice Total:** | | $150.00 |
| | | | **Payment:** | | $0.00 |
| | | | **Credit:** | | $0.00 |
| | | | **Interest:** | | $0.00 |
| | | | **Balance Due:** | | $150.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

